## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVE MICHAEL COX, | ) | 3:05-CV-421-HDM (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 19, 2006 |
| | ) | |
| E.K. McDANIEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>GINA MUGNAINI</u>          REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

   Defendants have filed a Motion for Enlargement of Time to File Answer or Present Defenses (Doc. #23) and a Motion for Screening (Doc. #24).

   Defendants' Motion for Screening (Doc. #24) is **GRANTED**.  The court shall screen the Second Amended Civil Rights Complaint pursuant to 28 U.S.C. § 1915A.

   Defendants' Motion for Enlargement of Time to File Answer or Present Defenses (Doc. #23) is **GRANTED**.  No Answer or other response shall be due from Defendants until such time as the court has screened the Second Amended Complaint and ordered a response.

   **IT IS SO ORDERED.**

                                                                           LANCE S. WILSON, CLERK

                                                                           By: <u>      /s/                              </u>
                                                                                   Deputy Clerk